UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:18-cr-106-4 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| WILLIAM SANDERFUR, III | ) | Magistrate Judge Susan K. Lee |
| | ) | |

**ORDER**

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One and Count Seventeen of the twenty-two-count Indictment; (2) accept Defendant's guilty plea as to Count One and Count Seventeen; (3) adjudicate Defendant guilty of Count One and Count Seventeen; (4) defer a decision on whether to accept the second amended plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter after his bond was revoked. (Doc. 102.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 102) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One and Count Seventeen of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Seventeen is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Seventeen;

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 19, 2019 at 2:00 p.m. [EASTERN]**, before the undersigned.

**SO ORDERED.**

        */s/Travis R. McDonough*
        **TRAVIS R. MCDONOUGH**
        **UNITED STATES DISTRICT JUDGE**